# EXHIBIT B

CI2023-23886                                                                                                           Index # : EF2023-0762

                                                  At Part _____ of the Supreme Court of the State of New York, held in and for the County of Tompkins, held in the Courthouse, 320 N Tioga St, Ithaca, NY 14850, on the ____ day of _____, 2023

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF TOMPKINS
-------------------------------------------------------------------------X
JOHN DOE,

                                Plaintiff,
   -against-

ITHACA COLLEGE and BRYAN ROBERTS,

                               Defendants.
-------------------------------------------------------------------------X

**ORDER TO SHOW CAUSE FOR LEAVE TO FILE A CIVIL ACTION USING A PSEUDONYM**

**Index No.:**
_____

Upon reading and filing of the Summons and Complaint in this action dated the 20th day of November 2023; and the Affirmation of Erin Peake, Esq., sworn to on the 20th day of November 2023, it is hereby

ORDERED that defendants show cause as Special Term of this Court to be held at the courthouse located at 320 N Tioga St, Ithaca, NY 14850, on the _____ day of _____, 2023, at _____ o'clock in the forenoon or as soon as counsel may be heard why an Order should not be made and entered as follows:

    1.    Deeming Plaintiff's use of the pseudonym, "JOHN DOE" and the caption "JOHN DOE, v. ITHACA COLLEGE and BRYAN ROBERTS," to be proper;

    2.    Permitting Plaintiff to proceed in this action under the pseudonym "JOHN DOE" and with the caption "JOHN DOE, v. ITHACA COLLEGE and BRYAN ROBERTS,"

    3.    Directing that all parties, their attorneys, and agents refrain from publishing Plaintiff's name and identity; and

{00290746}

4.      Directing that all papers filed in this action, and all judgments, orders, decisions, notices to the Court and any other document relating to the action refer to Plaintiff by the pseudonym "JOHN DOE" and bear the caption "JOHN DOE, v. ITHACA COLLEGE and BRYAN ROBERTS," and directing the County Clerk to enter and record all papers in the action under the title "JOHN DOE, v. ITHACA COLLEGE and BRYAN ROBERTS," and

5.      Granting such other and further relief as may be just and proper; and it is further

**ORDERED** that Plaintiff is permitted as interim relief to maintain the above pseudonym caption pending a hearing on this Order to Show Cause; and it is and

**ORDERED** that sufficient cause appearing therefore let service upon all Defendants of a copy of this Order, together with the papers upon which this Order is granted, as well as a copy of the Summons and Complaint, on or before the _____ day of _____ 2023, be deemed good, timely and sufficient service and notice hereof. An affidavit or other proof of service shall be presented to this Court on the return date directed in the second paragraph of this order.

                                                ENTER:

                                                HON. _____J.S.C.

CI2023-23886                                                                                        Index #: EF2023-0762

Index No.: _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF TOMPKINS

---

JOHN DOE,

                               Plaintiff,

  -against-

ITHACA COLLEGE and BRYAN ROBERTS,

                               Defendants.

---

## ORDER TO SHOW CAUSE

**BONINA & BONINA, P.C**.
Attorneys for *Plaintiff(s)*
32 Court Street, Suite 1700
Brooklyn, New York 11201
Tele. No.: (718) 522-1786
Fax No.: (718) 243-0414

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed documents are not frivolous.*

*Dated:* **November 20, 2023**                           Signature: _____
                                                                           Print Signer's Name: **Erin Peake, Esq.**

---

*Service of a copy of the within*                                                           *is hereby admitted.*
*Dated:*

                                                                            *Attorney(s) for*

---

*PLEASE TAKE NOTICE*

☐ Notice of Entry — *that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on*

☐ Notice of Settlement — *that an Order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court, at                  on             20   , at      M.*

Dated:

                                                                     **BONINA & BONINA, P.C.**
                                                                     Attorneys for Plaintiff(s)
                                                                     32 COURT STREET
*To:*                                                                     BROOKLYN, N.Y. 11201
*Attorney(s) for*

{00290759}