# EXHIBIT D

CI2023-23888                          Index # : EF2023-0762

## Erin Peake

| | |
|---|---|
| **From:** | Erin Peake |
| **Sent:** | Thursday, November 9, 2023 6:55 PM |
| **To:** | 'erockett@ithaca.edu'; 'pgarin@ithaca.edu'; 'legal@ithaca.edu'; 'officeofthegeneralcounsel@ithaca.edu' |
| **Subject:** | Prelitigation Correspondence |
| **Attachments:** | ▇▇▇ Complaint Cover Letter (00289378xC62F4).pdf; ▇▇▇ Verified Complaint (00289380xC62F4).pdf |

Counselors:
On behalf of Ithaca College student, ▇▇▇▇▇▇▇, please see the attached correspondence and Complaint. Please let me know if you wish to discuss this matter further.

Best,

*Erin Peake, Esq.*

**Bonina & Bonina, P.C.**
32 Court Street – Suite 1700
Brooklyn, NY 11201
P: 718-522-1786
F: 718-243-0414
www.medlaw1.com
epeake@medlaw1.com



The information contained in this email message (including any attachments) are intended only for the use of the individual or entity to whom it is addressed, and it may contain information including protected health information, that is privileged, confidential and exempt from disclosure under applicable law. The information in this email and any attachment is protected by the attorney-client and/or attorney work product privilege. If the reader is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone (718-522-1786) and return email and delete this original communication and any attachment from any computer, server or other electronic recording or storage device or medium without making a copy. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or other privilege. Thank you.