# EXHIBIT G

CI2023-23917



# Tompkins Supreme and County Courts

320 North Tioga Street
Ithaca, NY 14850
(607) 216-6610 Phone　(212) 401-9071 Fax

Index # : EF2023-0762

*Rebecca Jackson*
*Chief Clerk*

November 21, 2023

Erin Lynne Peake , Esq.
BONINA & BONINA, P.C.
32 Court St Ste 1700
Brooklyn , NY 11201-4440

**JOHN DOE**

-against-

**ITHACA COLLEGE, BRYAN ROBERTS**

**JUDICIAL ASSIGNMENT NOTICE**
**Index No.:** EF2023-0762
**RJI Date:** 11/20/2023

**Case Type:** Tort-Adult Survivors Act

A request for judicial intervention has been filed in the above-referenced action.
The nature of judicial intervention is: **Order to Show Cause** .

In accordance with directive of the Chief Administrative Judge, this case has been assigned to:

　　**Honorable Jeffrey A. Tait**
　　320 North Tioga Street
　　Ithaca, NY 14850

Sincerely yours,

Rebecca Jackson
Chief Clerk

**Please refer to the Sixth Judicial District Rules which may be found at: http://www.nycourts.gov/courts/6jd/rules.shtml