# EXHIBIT H

CI2023-24314



Index # : EF2023-0762

# Tompkins Supreme and County Courts

320 North Tioga Street
Ithaca, NY 14850
(607) 216-6610 Phone   (212) 401-9071 Fax

Rebecca Jackson
*Chief Clerk*

November 29, 2023

Erin Lynne Peake
BONINA & BONINA, P.C.
32 Court St Ste 1700
Brooklyn, NY 11201-4440

**JOHN DOE**

-against-

**ITHACA COLLEGE, BRYAN ROBERTS**

**JUDICIAL ASSIGNMENT NOTICE**
Index No.: EF2023-0762
RJI Date: 11/20/2023

**Case Type:** Tort-Adult Survivors Act

A request for judicial intervention has been filed in the above-referenced action.
The nature of judicial intervention is: **Order to Show Cause**.

In accordance with directive of the Chief Administrative Judge, this case has been assigned to:

**Honorable Mark G. Masler**
**320 North Tioga Street**
**Ithaca, NY 14850**

Sincerely yours,

Rebecca Jackson
Chief Clerk

**Please refer to the Sixth Judicial District Rules which may be found at: http://www.nycourts.gov/courts/6jd/rules.shtml

CI2023-24314



Index #: EF2023-0762

# Tompkins Supreme and County Courts

320 North Tioga Street
Ithaca, NY 14850
(607) 216-6610 Phone   (212) 401-9071 Fax

Rebecca Jackson
*Chief Clerk*

November 29, 2023

Emily Mae Rockett

953 Danby Rd
Ithaca, NY 14850-7000

| | |
|---|---|
| **JOHN DOE** | **JUDICIAL ASSIGNMENT NOTICE** |
| | Index No.: EF2023-0762 |
| -against- | RJI Date: 11/20/2023 |
| **ITHACA COLLEGE, BRYAN ROBERTS** | |
| | Case Type: Tort-Adult Survivors Act |

A request for judicial intervention has been filed in the above-referenced action.
The nature of judicial intervention is: **Order to Show Cause**.

In accordance with directive of the Chief Administrative Judge, this case has been assigned to:

**Honorable Mark G. Masler**
**320 North Tioga Street**
**Ithaca, NY 14850**

Sincerely yours,

Rebecca Jackson
Chief Clerk

**Please refer to the Sixth Judicial District Rules which may be found at: http://www.nycourts.gov/courts/6jd/rules.shtml

CI2023-24314                                                                Index #: EF2023-0762



# Tompkins Supreme and County Courts

320 North Tioga Street
Ithaca, NY 14850
(607) 216-6610 Phone   (212) 401-9071 Fax

Rebecca Jackson
*Chief Clerk*

November 29, 2023

BRYAN ROBERTS

105 E Pointe Drive
Ithaca, NY 14850

---

**JOHN DOE**

-against-

**ITHACA COLLEGE, BRYAN ROBERTS**

**JUDICIAL ASSIGNMENT NOTICE**
**Index No.:** EF2023-0762
**RJI Date:** 11/20/2023

**Case Type:** Tort-Adult Survivors Act

A request for judicial intervention has been filed in the above-referenced action.
The nature of judicial intervention is: **Order to Show Cause**.

In accordance with directive of the Chief Administrative Judge, this case has been assigned to:

**Honorable Mark G. Masler**
**320 North Tioga Street**
**Ithaca, NY 14850**

Sincerely yours,

Rebecca Jackson
Chief Clerk

**Please refer to the Sixth Judicial District Rules which may be found at: http://www.nycourts.gov/courts/6jd/rules.shtml