# EXHIBIT I

CI2023-24501 Index # : EF2023-0762
CI2023-23886 Index # : EF2023-0762

At ~~Part~~ (a term) I of the Supreme Court of the State of New York, held ~~in and~~ for the County of Tompkins, ~~held in the~~ at Cortland ~~Courthouse, 320 N Tioga St, Ithaca,~~ MGM NY ~~14850,~~ on the 1st day of December, 2023

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF TOMPKINS
---------------------------------------------------------------X
JOHN DOE,

                        Plaintiff,

-against-

ITHACA COLLEGE and BRYAN ROBERTS,

                        Defendants.
---------------------------------------------------------------X

**ORDER TO SHOW CAUSE FOR LEAVE TO FILE A CIVIL ACTION USING A PSEUDONYM**

Index No.: EF2023-0762

Upon reading and filing of the Summons and Complaint in this action dated the 20th day of November 2023; and the Affirmation of Erin Peake, Esq., sworn to on the 20th day of November 2023, it is hereby

ORDERED that defendants show cause as Special Term of this Court to be held [via Microsoft Teams at the link shown below] ~~at the courthouse located at 320 N Tioga St, Ithaca, NY 14850,~~ MGM on the 19th day of December, 2023, at 9:00 o'clock in the forenoon or as soon as counsel may be heard why an Order should not be made and entered as follows:

1.     Deeming Plaintiff's use of the pseudonym, "JOHN DOE" and the caption "JOHN DOE, v. ITHACA COLLEGE and BRYAN ROBERTS," to be proper;

2.     Permitting Plaintiff to proceed in this action under the pseudonym "JOHN DOE" and with the caption "JOHN DOE, v. ITHACA COLLEGE and BRYAN ROBERTS,"

3.     Directing that all parties, their attorneys, and agents refrain from publishing Plaintiff's name and identity; and

{00290746}

FILED: TOMPKINS COUNTY CLERK 12/01/2023 04:40 PM                INDEX NO. EF2023-0762
NYSCEF DOC. NO. 9       Case 3:23-cv-01600-GTS-ML   Document 1-9   Filed 12/18/23   Page 3 of 4      RECEIVED NYSCEF: 12/01/2023

CI2023-24501                                                                      Index #: EF2023-0762
CI2023-23886                                                                      Index #: EF2023-0762

4. Directing that all papers filed in this action, and all judgments, orders, decisions, notices to the Court and any other document relating to the action refer to Plaintiff by the pseudonym "JOHN DOE" and bear the caption "JOHN DOE, v. ITHACA COLLEGE and BRYAN ROBERTS," and directing the County Clerk to enter and record all papers in the action under the title "JOHN DOE, v. ITHACA COLLEGE and BRYAN ROBERTS," and

5. Granting such other and further relief as may be just and proper; and it is further

**ORDERED** that Plaintiff is permitted as interim relief to maintain the above pseudonym caption pending a hearing on this Order to Show Cause; and it is and

**ORDERED** that sufficient cause appearing therefore let service upon all Defendants of a [Copies] ~~copy~~ of this Order, together with the papers upon which this Order is granted, as well as a ~~copy~~ [Copies] of the Summons and Complaint, on or before the 11th day of December 2023, be deemed good, timely and sufficient service and notice hereof. ~~An~~ Affidavit(s) or other proof of service shall be filed via NYSCEF prior to ~~presented to this Court on~~ the return date directed in the second paragraph of this order.  /MGM

Dated: December 1, 2023
Cortland, New York

ENTER:

_____MGM_____
HON. MARK G. MASLER, J.S.C.

{00290746}

FILED: TOMPKINS COUNTY CLERK 12/01/2023 04:40 PM
NYSCEF DOC. NO. 9
CI2023-24501

INDEX NO. EF2023-0762
RECEIVED NYSCEF: 12/01/2023
Index #: EF2023-0762

Case 3:23-cv-01600-GTS-ML   Document 1-9   Filed 12/18/23   Page 4 of 4

To obtain the link necessary to join by videoconferencing, please contact the court at 607-218-3340 or CRTMasler_Chambers@nycourts.gov prior to the scheduled conference and the link will be emailed to you. You may join by telephone by dialing the number shown below and entering the Conference ID.

### Join Microsoft Teams Meeting

+1 347-378-4143   United States, New York City (Toll)

(833) 262-7886   United States (Toll-free)

Conference ID: 857 110 581#

Additional information regarding participation in virtual court proceedings may be found at http://nycourts.gov/appear.

**PLEASE DO NOT ATTEMPT TO JOIN THE MEETING PRIOR TO YOUR SCHEDULED APPEARANCE.**