# EXHIBIT J

FILED: TOMPKINS COUNTY CLERK 12/13/2023 10:28 AM INDEX NO. EF2023-0762
NYSCEF DOC. NO. 10 RECEIVED NYSCEF: 12/13/2023
Case 3:23-cv-01600-GTS-ML  Document 1-10  Filed 12/18/23  Page 2 of 5

CI2023-25237 Index # : EF2023-0762

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF TOMPKINS
------------------------------------------------------------------X
JOHN DOE,

                           Plaintiff,         **AFFIDAVITS OF SERVICE**

    -against-

                                                                             **Index No.: EF2023-0762**

ITHACA COLLEGE and BRYAN ROBERTS,

                           Defendants.
------------------------------------------------------------------X

       Annexed hereto please find the following:

1) Affidavit of Jason Gowin indicating that on December 4, 2023 at 4:58 P.M., he served a copy of the Notice of Electronic Filing, Summons and Verified Complaint, and Order to Show Cause on Ithaca College Office of the General Counsel at 953 Danby Road, Ithaca, NY 14850. Served aforesaid papers on Phil Garin, Assistant Counselor and Authorized Agent. He was male, African American, black hair, approx. 35 years old, approx. 6'0" in height, approx. 260 lbs.

2) Affidavit of James McColley indicating that on December 4, 2023 at 3:30 P.M., he served a copy of the Notice of Electronic Filing, Summons and Verified Complaint, and Order to Show Cause on Bryan Roberts c/o University of Connecticut at 343 Mansfield Road, Storrs, Mansfield CT 06269. Served aforesaid papers on Gail G., Legal Counsel for University/Co-Worker. She was female, Caucasian, blonde hair, approx. 45 years old, approx. 6'0" in height, approx. 260 lbs. Service as also completed via First Class mail on December 6, 2023.

Dated:  Brooklyn, New York
         December 13, 2023

      "I have read the foregoing and I certify that, upon information and belief, the source of which is the review of a file maintained by my office, that the foregoing Affidavits of Service are not frivolous as defined in Subsection (c) of Section 130-1.1 of the rules of the Chief Administrator."

                                                                  _____
                                                                  Erin Peake, Esq.
                                                                   Bonina & Bonina, P.C.
                                                                   Attorneys for Plaintiff
                                                                   32 Court Street – Suite 1700
                                                                   Brooklyn, New York 11201
                                                                   Phone No.: (718) 522-1786

{00292867}

CI2023-25237

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF TOMPKINS

Index #: EF2023-0762

**AFFIDAVIT OF SERVICE**

Index No. **EF2023-0762**
Date Filed: **12/01/2023**

| Plaintiff(s): | **John Doe** |
|---|---|
| Defendant(s): | **Ithaca College and Bryan Roberts** |

State of New York, County of Tioga        ss.:

**Jason Gowin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **12/04/2023** at **4:58 PM**, I served the Notice of Electronic Filing; Order to Show Cause for Leave to File a Civil Action Using a Pseudonym; Attorney's Affirmation and Summons and Verified Complaint on

**Ithaca College** at **Office of the General Counsel, 953 Danby Road, Ithaca, NY 14850** in the manner indicated below:

**CORPORATE SERVICE**: By delivering a true copy of said documents to **Phil Garin, Assistant Counselor,** Authorized Agent. The undersigned asked the recipient if he/she is authorized to accept service on behalf of Ithaca College and received an affirmative reply. An approximate description of Phil Garin, Assistant Counselor is as follows:

Sex: **Male**   Color of skin/race: **Black**   Color of hair: **Black**   Age: **35**   Height: **6 ft 0 in**   Weight: **260 lbs.**

X_____
Jason Gowin

This electronic notarial act involved a remote online appearance involving the use of communication technology.

Sworn to and subscribed before me on    12/07/2023

Rita Hoover
Notary Public – State of New York
Notary Public # 01HO0000040
Qualified in Steuben County
Commission Expires 02-01-2027

Bonina & Bonina, P.C.
**Lexitas**
(20466433)




*204549*

Pactima eNotary Package ID: j1u3glYYSOBka9vUzFGLh  /  Document ID: [3] ZTTkfKKXa57pj63HlholN

CI2023-25237

Index #: **EF2023-0762**

STATE OF NEW YORK
SUPREME COURT COUNTY OF TOMPKINS



*245527*

**AFFIDAVIT OF SERVICE**

Index no : **EF2023-0762**

**John Doe**

        Plaintiff(s),

vs.

**Ithaca College, et al**

        Defendant(s).

STATE OF CONNECTICUT
                          ss: East Hartford
HARTFORD COUNTY

**James McColley**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **12/04/2023** at **3:30 PM**, I served the within **Summons and Verified Complaint, Plaintiff Demands Trial by Jury on all Issues, Notice of Electronic Filing and Exhibits** on **Bryan Roberts** at **c/o University of Connecticut 343 Mansfield Road,, Storrs Mansfield, CT 06269** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Gail G., Legal Counsel for University/Co-Worker,** a person of suitable age and discretion. Said premises is recipient's actual place of business within the state.

Pursuant to CPLR-Section 308(4) (2), on **12/06/2023**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from and attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Blonde | 45 | 5'10" | 200 |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
December 12 , 20 23
by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

AMY J. CHANTRY
NOTARY PUBLIC
My Commission Expires Mar. 31, 2028

X_____
James McColley
Connecticut Process Serving, LLC
167 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#:

CI2023-25237

Index No.: EF2023-0762

Index #: EF2023-0762

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF TOMPKINS

JOHN DOE,

                              Plaintiff,

-against-

ITHACA COLLEGE and BRYAN ROBERTS,

                              Defendants.

### AFFIDAVITS OF SERVICE

**BONINA & BONINA, P.C.**
Attorneys for *Plaintiff(s)*
32 Court Street, Suite 1700
Brooklyn, New York 11201
Tele. No.: (718) 522-1786
Fax No.: (718) 243-0414

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed documents are not frivolous.*

*Dated:* **December 13, 2023**

Signature:_____
Print Signer's Name: **Erin Peake, Esq.**

*Service of a copy of the within*      *is hereby admitted.*
*Dated:*

_____
*Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ Notice of Entry    *that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on*

☐ Notice of Settlement    *that an Order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court, at    on    20 , at    M.*

Dated:

**BONINA & BONINA, P.C.**
Attorneys for Plaintiff(s)
32 COURT STREET
BROOKLYN, N.Y. 11201

*To:*
*Attorney(s) for*

{00290171}