# EXHIBIT K

# **INDEX OF PLEADINGS SERVED IN THE STATE COURT ACTION**

1. SUMMONS AND COMPLAINT FILED IN NEW YORK STATE SUPREME COURT, TOMPKINS COUNTY, ON NOVEMBER 20, 2023.

2. PROPOSED ORDER TO SHOW CAUSE FILED IN NEW YORK STATE SUPREME COURT, TOMPKINS COUNTY, ON NOVEMBER 20, 2023.

3. EXHIBIT A IN SUPPORT OF PROPOSED ORDER TO SHOW CAUSE FILED IN NEW YORK STATE SUPREME COURT, TOMPKINS COUNTY ON NOVEMBER 20, 2023.

4. EXHIBIT B IN SUPPORT OF PROPOSED ORDER TO SHOW CAUSE FILED IN NEW YORK STATE SUPREME COURT, TOMPKINS COUNTY ON NOVEMBER 20, 2023,

5. AFFIRMATION IN SUPPORT OF PROPOSED ORDER TO SHOW CAUSE FILED IN NEW YORK STATE SUPREME COURT, TOMPKINS COUNTY ON NOVEMBER 20, 2023.

6. REQUEST FOR JUDICIAL INTERVENTION REGARDING PROPOSED ORDER TO SHOW CAUSE FILED IN NEW YORK STATE SUPREME COURT, TOMPKINS COUNTY ON NOVEMBER 20, 2023.

7. ASSIGNED REQUEST FOR JUDICIAL INTERVENTION FILED IN NEW YORK STATE SUPREME COURT, TOMPKINS COUNY ON NOVEMBER 21, 2023.

8. ASSIGNED REQUEST FOR JUDICIAL INTERVENTION FILED IN NEW YORK STATE SUPREME COURT, TOMPKINS COUNTY ON NOVEMBER 29, 2023.

9. ORDER TO SHOW CAUSE FILED IN NEW YORK STATE SUPREME COURT, TOMPKINS COUNTY ON DECEMBER 1, 2023.

10. AFFIDAVITS OF SERVICE FILED IN NEW YORK STATE SUPREME COURT, TOMPKINS COUNTY ON DECEMBER 13, 2023.