UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHN DOE,

                  Plaintiff,                **DECLARATION OF CONSENT TO REMOVAL OF THE CASE**

-vs-

                                    Civil Action No.: 3:23-cv-1600 (GTS/ML)

ITHACA COLLEGE and BRYAN ROBERTS,

                  Defendants.
_____

       BRYAN ROBERTS, under penalty of perjury and in accord with 28 U.S.C. § 1746, hereby declares that the following factual statements are true and correct, except as to statements made upon information and belief which I believe to be true and correct:

       1.    I have been named in a lawsuit filed in Tompkins County Supreme Court by a person identified in the case caption as "John Doe" (the State Court Action).

       2.    Those lawsuit papers were delivered to a person I understand to be an employee of the University of Connecticut on December 4, 2023, in what I further understand was an effort to effect service of the Summons and Complaint on me.

       3.    I understand that co-defendant Ithaca College will be removing the State Court Action to the federal court in the Northern District of New York, because among the claims in the case are claims of an alleged violation of federal law.

       4.    I consent to this removal to the federal court.

Dated:  December 18, 2023                              s/       Bryan Roberts
                                                                                 Bryan Roberts