UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――

JOHN DOE,

                Plaintiff,

-vs-

ITHACA COLLEGE and BRYAN ROBERTS,

                Defendants.

―――――――――――――――――――――――――――

**STIPULATION AND ORDER ENLARGING DEFENDANT ITHACA COLLEGE'S TIME TO ANSWER OR MOVE**

Civil Action No.:
23-cv-01600-GLS-ML

It is hereby stipulated and agreed that, should the Court concur, the time for defendant Ithaca College to answer, move against, or otherwise respond to the Complaint in this action be enlarged, up to and including Monday, January 22, 2024. This is the first enlargement of time agreed to and proposed by the parties.

Dated: December 19, 2023                Respectfully submitted,

BONINA & BONINA, PC                WARD GREENBERG HELLER & REIDY LLP

By:   s/ Erin Peake                By:   s/ Thomas S. D'Antonio
       Erin Peake                            Thomas S. D'Antonio

    32 Court Street, Suite 1700          1800 Bausch & Lomb Place
    Brooklyn, New York 11201           Rochester, New York 14604
    Telephone: (718) 522-1786           Telephone: (585) 454-0700
    epeake@medlaw1.com               tdantonio@wardgreenberg.com

    *Attorneys for plaintiff*                 *Attorneys for defendant*
    *John Doe*                                *Ithaca College*

SO ORDERED:

_/s/ Miroslav Lovric_
   Hon. Miroslav Lovric
  United States Magistrate Judge