UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN DOE,

                               Plaintiff,                      **STIPULATION AND ORDER**

-against-

ITHACA COLLEGE and BRYAN ROBERTS            **Index No.: 3:23-cv-01600**

                            Defendants.
-------------------------------------------------------------------X

**IT IS HEREBY STIPULATED, CONSENTED TO, AND AGREED** by and between all parties to this action as follows:

1. Subject to the Court's review and approval, plaintiff may proceed using the pseudonym "John Doe," and the caption of this action shall be "JOHN DOE v. ITHACA COLLEGE and BRYAN ROBERTS."

2. All parties, their attorneys, and agents will refrain from publishing Plaintiff's actual name and identity; and all papers filed in this action, and all judgments, orders, decisions, notices to the Court and any other document relating to the action will refer to Plaintiff by the pseudonym "JOHN DOE" and bear the caption "JOHN DOE v. ITHACA COLLEGE and BRYAN ROBERTS."

3. The Clerk of this Court will enter and record all papers in the action under the title "JOHN DOE v. ITHACA COLLEGE and BRYAN ROBERTS"

**IT IS FURTHER STIPULATED AND AGREED**, that signatures by electronic mail or facsimile shall constitute original signatures for purposes of this Stipulation. This Stipulation may be filed with the Court without further notice.

{00293805}

Dated: Brooklyn, New York
December 21, 2023

_____
Erin Peake, Esq.

**Bonina & Bonina, P.C.**
Attorneys for Plaintiff
32 Court Street - Suite 1700
Brooklyn, NY 11201
Phone No.: (718) 522-1786

_____
Thomas S. D'Antonio

**Ward Greenberg Heller & Reidy LLP**
Attorneys for Ithaca College
1800 Bausch & Lomb Place
Rochester, NY 14604-2713
585-454-0700

_____
Peter J. Glennon

**The Glennon Law Firm, P.C.**
Attorneys for Bryan Roberts
160 Linden Oaks Drive
Rochester, NY 14625
585-210-2150

SO ORDERED:

_____