UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOHN DOE,**<br><br>            *Plaintiff*,<br><br>  v.<br><br>**ITHACA COLLEGE AND BRYAN ROBERTS,**<br><br>            *Defendants.* | **NOTICE OF MOTION**<br><br>**Civil Action No.:**<br>**3:23-cv-1600 (GTS/ML)** |

| | |
|---|---|
| **Nature of Action:** | Negligence, Negligent Hiring/Retention/Training/ Supervision/Direction, Intentional/Negligent Infliction of Emotional Distress |
| **Moving Party:** | Defendant Bryan Roberts |
| **Date, Time & Place:** | Motion returnable on _____, 2024 at _____a.m./p.m., before the Hon. Miroslav Lovric, Federal Building and U.S. Courthouse, 15 Henry Street, Binghamton, New York 13901. |
| **Supporting Papers:** | 1. Defendant's Memorandum of Law dated January 22, 2024. |
| **Relief Requested:** | An Order (1) pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiff complaint for failure to state a claim as a matter of law; and<br><br>(2) awarding such other relief as the Court deems just and proper. |
| **Answering Papers:** | Pursuant to the local rules for the Northern District of New York, answering papers, if any, must be served no later than 21 days from filing date. |
| **Oral Argument:** | Requested. Grounds: the need to respond to yet unknown arguments regarding the complaint and the need to familiarize the Court with a recently removed case. Defendant anticipates either Peter J. Glennon or Ashley R. Westbrook will argue the motion. |

2

Dated: January 22, 2024
      Rochester, New York

                                       **THE GLENNON LAW FIRM, P.C.**

                  By:    ***/s/ Peter J. Glennon*** _____
                          Peter J. Glennon
                          *Attorneys for Defendant Bryan Roberts*
                          160 Linden Oaks
                          Rochester, New York 14625
                          (585) 210-2150
                          PGlennon@GlennonLawFirm.com


TO:

**BONINA & BONINA, P.C.**
*Attorney for Plaintiff*
Erin Peake, Esq.
32 Court Street – Suite 1700
Brooklyn, NY 11201
epeake@medlaw1.com

**HODGSON RUSS LLP**
*Attorney for Defendant Ithaca College*
Thomas D'Antonio
1800 Bausch & Lomb Place
Rochester, New York 14604
tdantonio@hodgsonruss.com