

February 12, 2024

**VIA CM/ECF**

John M. Domurad
US District Court Clerk
Northern District of New York
James T. Foley Courthouse Suite 509
445 Broadway
Albany, NY 12207

      Re: *John Doe vs. Ithaca College, et al.*
          Index No. 3:23-cv-1600 (GTS/ML)

Dear Mr. Domurad,

    I am in receipt of your letter dated February 5, 2024, regarding my formal admission to the Northern District of New York in relation to the above referenced matter. I will remain as counsel of record in the above referenced matter for Defendant Bryan Roberts. All necessary components of my application are being assembled and will be submitted through my individual PACER account upon completion.

    Thank you for your attention to this matter. Please do not hesitate to contact me at (585) 210-2150 or via email at AWestbrook@GlennonLawFirm.Com if you have any questions or require further information.

                                          Respectfully Submitted,

                                          /s/ Ashley R. Westbrook
                                          Ashley R. Westbrook, Esq.
                                          The Glennon Law Firm, P.C.
                                          160 Linden Oaks
                                          Rochester NY 14625
                                          Telephone: (585) 210-2150
                                          AWestbrook@GlennonLawFirm.com