UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

  -against-

ITHACA COLLEGE and BRYAN ROBERTS,

                Defendants.

Civil Action No.
23-CV-1600-ECC-ML

## STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, representing all parties who have appeared in this action, that the Complaint, and all claims that have been asserted by plaintiff in this action are hereby voluntarily dismissed, with prejudice and on the merits, and that the action is hereby voluntarily dismissed, in its entirety, with prejudice and on the merits.

Dated: April 23, 2025

**SLATER SLATER SCHULMAN LLP**

By: s/_____*Erin Peake*_____
       Erin Peake

488 Madison Avenue, 20th Floor
New York, NY 10022 (212) 922-0906 epeake@sssfirm.com

*Attorneys for plaintiff*

Dated: March 18, 2025

**HODGSON RUSS LLP**

By: s/__*Thomas S. D'Antonio*____
       Thomas S. D'Antonio

1800 Bausch & Lomb Place
Rochester, NY 14604
(585) 454-0700
tdantonio@hodgsonruss.com

*Attorneys for defendant Ithaca College*

IT IS SO ORDERED:

Dated: March 19, 2025

**THE GLENNON LAW FIRM. P.C.**
By: s/ *Ashley R. Westbrook*
    Ashley R. Westbrook

160 Linden Oaks
Rochester, NY 14625
(585) 294-0303
awestbrook@glennonlawfirm.com

*Attorneys for defendant Bryan Roberts*

Elizabeth C. Coombe
U.S. District Judge
Dated: May 6, 2025
Syracuse, NY

FG:11874288.2

2